Shane Brun (SBN 179079)
*sbrun@goodwinprocter.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Lana S. Shiferman (*pro hac vice forthcoming*)
*lshiferman@goodwinprocter.com*
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax.: 617.523.1231

Attorneys for CONVIVA, INC.

RICHARD G. FRENKEL (SBN 204133)
*rick.frenkel@lw.com*
**LATHAM & ATKINS LLP**
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600

Attorneys for Defendants
NICEPEOPLEATWORK, S.L., NPAW, Inc.,
FERRAN GUTIERREZ and SERGI VERGES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONVIVA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NICEPEOPLEATWORK, S.L., NPAW, Inc., FERRAN GUTIERREZ and SERGI VERGES<br><br>　　　　　Defendants. | Case No. 3:16-cv-01543-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:　　　　　June 28, 2016<br>Proposed CMC Date: August 23, 2016<br>Time:　　　　　　　1:30 p.m.<br>Courtroom:　　　　　4, 17th Floor<br>Judge:　　　　　　　Hon. Vince Chhabria |

1  Pursuant to United States District Court, Northern District of California Local Rules 6-2
2 and 7-12, Plaintiff Conviva, Inc. ("Conviva") and Defendants NicePeopleAtWork, S.L., NPAW,
3 Inc., Ferran Gutierrez, and Sergi Verges (collectively, "the NicePeopleAtWork Defendants")
4 hereby file this Stipulation to reschedule the June 28, 2016 Case Management Conference to
5 August 23, 2016.

6  WHEREAS, on or about May 25, 2016, Defendants consented to waive service of a
7 summons in this action;

8  WHEREAS, no trial date has yet been set in this action;

9  WHEREAS, Defendants are currently required to respond to the Amended Complaint on
10 July 25, 2016.

11  WHEREAS the Court scheduled a Case Management Conference for June 28, 2016 at
12 1:30 PM in Courtroom in Courtroom 4, 17th Floor, San Francisco (Dkt. No. 10);

13  WHEREAS the parties are in the process of discussing potential settlement;

14  WHEREAS the parties expressly agree that the NicePeopleAtWork Defendants do not
15 waive their rights to challenge the exercise of personal jurisdiction over the NicePeopleAtWork
16 Defendants, and do not waive their rights to challenge venue in this Court by entering into this
17 Stipulation;

18  NOW THEREFORE, the parties stipulate and jointly request that the Court reschedule
19 the Case Management Conference scheduled for June 28, 2016 at 1:30 PM to August 23, 2016 at
20 1:30 PM, and continue all other deadlines listed in Dkt. No. 4 accordingly.

21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: June 7, 2016 | Respectfully submitted, |
| 2 | | */s/ Shane Brun* |
| 3 | | Shane Brun |
| | | sbrun@goodwinprocter.com |
| 4 | | GOODWIN PROCTER LLP |
| | | Three Embarcadero Center, 24th Floor |

Dated: June 7, 2016                                Respectfully submitted,

*/s/ Shane Brun*
Shane Brun
sbrun@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Phone:  415.733.6000
Fax:  415.677.9041

Attorneys for Plaintiff CONVIVA, INC.


Dated: June 7, 2016                                Respectfully submitted,

*/s/ Richard G. Frenkel*
Richard G. Frenkel
rick.frenkel@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Phone:  650.328.4600
Fax:  650.463.2600

Attorneys for Defendants
NICEPEOPLEATWORK, S.L., NPAW, Inc.,
FERRAN GUTIERREZ and SERGI VERGES

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 8, 2016

_____
THE HONORABLE VINCE CHHABRIA
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-cv-01543-VC

## CERTIFICATE OF SERVICE

I, Shane Brun, hereby certify that on June 7, 2016 a true copy of the foregoing DECLARATION OF SHANE BRUN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE was served by ECF upon all other counsel of record in this action.

June 7, 2016                                     */s/Shane Brun*
                                                 Shane Brun

ACTIVE/85991906.1

3

DECLARATION OF SHANE BRUN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE