MICHAEL A. MORIN (*pro hac vice*)
michael.morin@lw.com
MATTHEW J. MOORE (*pro hac vice*)
matthew.moore@lw.com
GABRIEL K. BELL (*pro hac vice*)
gabriel.bell@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
T: (202) 637-2200; F: (202) 637-2201

RICHARD G. FRENKEL (SBN 204133)
rick.frenkel@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600; F: (650) 463-2600

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVIVA, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>NICEPEOPLEATWORK, S.L., NPAW, Inc., FERRAN GUTIERREZ and SERGI VERGES<br><br>            Defendants. | Case No. 3:16-cv-01543-VC<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE L.R. 7-3(d) SUBMISSION**<br><br>Judge:     Hon. Vince Chhabria |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

ADMINISTRATIVE MOTION FOR LEAVE TO FILE
L.R. 7-3(D) SUBMISSION
CASE NO. 3:16-CV-01543-VC

Pursuant to Civil Local Rule 7-3(d), Defendants Ferran Gutierrez and Sergi Verges ("Defendants") respectfully request leave to file a short submission addressing the Court's opinion in *YLD Ltd. v. The Node Firm, LLC*, No. 16-cv-00399-VC (Dkt. No. 87, N.D. Cal. Aug. 17, 2016) with respect to Defendants' Motion to Dismiss (Dkt. No. 20). The Court raised this opinion at the August 23, 2016 Case Management Conference. On September 1, 2016, Plaintiffs filed a Statement of Recent Decisions including the *YLD* opinion, which issued after briefing for Defendants' Motion to Dismiss (Dkt. No. 20) closed. Accordingly, Defendants respectfully request leave to file a short submission addressing the issues raised by the Court with respect to the *YLD* opinion.

Dated: September 2, 2016

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Thomas W. Yeh*
    Thomas W. Yeh

RICHARD G. FRENKEL (SBN 204133)
rick.frenkel@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600; F: (650) 463-2600

MICHAEL A. MORIN (*pro hac vice*)
michael.morin@lw.com
MATTHEW J. MOORE (*pro hac vice*)
matthew.moore@lw.com
GABRIEL K. BELL (*pro hac vice*)
gabriel.bell@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
T: (202) 637-2200; F: (202) 637-2201

THOMAS YEH (SBN 287118)
thomas.yeh@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

ADMINISTRATIVE MOTION FOR LEAVE TO FILE
L.R. 7-3(D) SUBMISSION
CASE NO. 3:16-CV-01543-VC