Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.:  415.733.6000
Fax.:  415.677.9041

Lana S. Shiferman (pro hac vice)
*lshiferman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts  02210
Tel.:  617.570.1000
Fax.:  617.523.1231

Attorneys for CONVIVA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVIVA, INC., | Case No. 3:16-cv-01543-VC |
| Plaintiff, | **CONVIVA'S OPPOSITION TO DEFENDANTS ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUBMISSION UNDER CIVIL L.R. 7-3(D)** |
| v. | |
| NICEPEOPLEATWORK, S.L., NPAW, Inc., FERRAN GUTIERREZ and SERGI VERGES | |
| Defendants. | |

1

Plaintiff Conviva Inc. ("Conviva") hereby opposes Defendants Ferran Gutierrez and Sergi

2 Verges' request to file a "short submission" purportedly under Civil Local Rule 7-3(d) to address a

3 recent decision by this Court in the case *YLD Limited v. The Node Firm, LLC*.  Rule 7-3(d) permits a

4 party to submit supplementary material in two circumstances – as an objection to evidence submitted

5 in a reply brief, and a statement of a recent judicial decision (without argument).  Defendants

6 proposed submission is neither, and is not permitted under the Local Rules.  Defendants were made

7 aware of the YLD decision at the parties' CMC on August 23 when the Court advised Defendants to

8 review that decision in connection with their pending motion challenging personal jurisdiction.  But

9 Defendants waited an additional nine days to raise its request for further briefing.  Defendants'

10 motion is scheduled to be heard in two days, on Thursday, September 8, and Conviva does not

11 believe that either it or the Court should be burdened with further briefing on Defendants' motion on

12 the eve of the hearing.

13 Dated: September 6, 2016                    Respectfully submitted,

14

15                                      By: /s/ Shane Brun
                                            Shane Brun
16                                          Rachel M. Walsh
                                            **GOODWIN PROCTER** LLP
17                                          Three Embarcadero Center
                                            24th Floor
18                                          San Francisco, California 94111
                                            Tel.:  415.733.6000
19                                          Fax.:  415.677.9041

20                                          Lana S. Shiferman
                                            **GOODWIN PROCTER** LLP
21                                          100 Northern Avenue
                                            Boston, Massachusetts  02210
22                                          Tel.:  617.570.1000
                                            Fax.:  617.523.1231

23                                          *Attorneys for CONVIVA, INC.*

24

25

26

27

28

CONVIVA'S OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE
SUBMISSION UNDER CIVIL L.R. 7-3(D)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on September 6, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-5. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated: September 6, 2016                                    Respectfully Submitted,

                                                           By: */s/ Shane Brun*_____
                                                               Shane Brun

CERTIFICATE OF SERVICE                                     Case No. 3:16-cv-01543-VC