MICHAEL A. MORIN (*pro hac vice*)
michael.morin@lw.com
MATTHEW J. MOORE (*pro hac vice*)
matthew.moore@lw.com
GABRIEL K. BELL (*pro hac vice*)
gabriel.bell@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
T: (202) 637-2200; F: (202) 637-2201

RICHARD G. FRENKEL (SBN 204133)
rick.frenkel@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600; F: (650) 463-2600

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVIVA, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>NICEPEOPLEATWORK, S.L., NPAW, Inc., FERRAN GUTIERREZ and SERGI VERGES<br><br>    Defendants. | Case No. 3:16-cv-01543-VC<br><br>[PROPOSED] ORDER ~~GRANTING~~ DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE L.R. 7-3(d) SUBMISSION<br><br>Judge:    Hon. Vince Chhabria |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO. 3:16-CV-01543-VC

**[PROPOSED] ORDER**

The Court has received Defendants' motion to continue the Initial Case Management Conference in this matter and has read the pleadings. It is HEREBY ORDERED that:

1. Defendants' Administrative Motion For Leave To File L.R. 7-3(d) Submission is GRANTED.

2. Defendants may file a brief statement addressing *TLD Ltd. v. The Node Firm, LLC*, No. 16-cv-00398-VC (Dkt. No. 87, N.D. Cal. Aug. 17, 2016) not to exceed ___ pages by _____.

Dated: September 7, 2016                    By: _____
                                            Hon. Vince Chhabria
                                            United States District Judge



DENIED
Judge Vince Chhabria

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION
CASE NO. 3:16-CV-01543-VC