Shane Brun (SBN 179079)
*sbrun@goodwinlaw.com*
Rachel M. Walsh (SBN 250568)
*rwalsh@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax.: 415.677.9041

Lana S. Shiferman (pro hac vice)
*lshiferman@goodwinlaw.com*
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: 617.570.1000
Fax.: 617.523.1231

Attorneys for CONVIVA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONVIVA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICEPEOPLEATWORK, S.L., NPAW, Inc., FERRAN GUTIERREZ and SERGI VERGES <br><br> Defendants. | Case No. 3:16-cv-01543-VC <br><br> **CONVIVA'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I).** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff in this matter, Conviva Inc., voluntarily dismisses its First Amended Complaint and all claims therein against Defendants NicePeopleAtWork, S.L., NPAW, Inc., Sergi Verges, and Ferran Gutierrez pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: September 11, 2016                          Respectfully submitted,

By: /s/ Rachel M. Walsh
Shane Brun
Rachel M. Walsh
**GOODWIN PROCTER LLP**
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.:  415.733.6000
Fax.:  415.677.9041

Lana S. Shiferman
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts  02210
Tel.:  617.570.1000
Fax.:  617.523.1231

*Attorneys for CONVIVA, INC.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 11, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-5. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated: September 11, 2016                                   Respectfully Submitted,

By: /s/ *Rachel M. Walsh*

Rachel M. Walsh